[No. 10254-8-III.   Division Three.   June 26, 1990.]

DONNA RAINES, *Appellant,* v. R.R. MATHESON, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Benton County, No. 86-2-00950-4, Carolyn A. Brown, J., entered August 31, 1989. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Cole, J. Pro Tem.

[No. 10168-1-III.   Division Three.   June 26, 1990.]

*In the Matter of the Marriage of* EILEEN M. BUCKLIN, *Respondent, and* RUSSELL L. BUCKLIN, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 85-3-01090-7, Albert J. Yencopal, J., entered July 27, 1989. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green, J., and Cole, J. Pro Tem.

[No. 9726-9-III.   Division Three.   June 26, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. TYRONE DUANE WALKER, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 88-1-01347-6, Bruce P. Hanson, J., entered December 20, 1988. *Affirmed* by unpublished opinion per Shields, J., concurred in by Munson, C.J., and Green, J.